## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Diane M Clapper**
                        **Debtor(s)**

**BK NO. 23-02651 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
05 Mar 2024, 14:58:23, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 136e8ae5f8368cb6da6a1835cf522d080596d99bd7eff3b010d16ae3f2e2a40f