United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 23-02651-HWV
Diane M Clapper Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Mar 11, 2024     Form ID: ntcnfhrg     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M Clapper, PO Box 491, Camp Hill, PA 17001-0491 |
| 5579694 | | PNC Bank, PO Box 1820, Gary, IN 46401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2024 18:54:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5580230 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:15 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5592004 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 11 2024 19:02:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5579686 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 11 2024 18:54:00 | Ally Financial, 500 Woodard Ave., Detroit, MI 48226-3416 |
| 5579687 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 11 2024 18:55:00 | Barclays Bank Delaware, 125 South West St., Wilmington, DE 19801-5014 |
| 5579688 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:11 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5579690 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:23:19 | Citicorp Credit Services, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5579691 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:02:16 | Citicorp Credit Services for Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5579692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenity Bank for Boscov, PO Box 182125, Columbus, OH 43218-2125 |
| 5579693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenity Bank for Ulta, PO Box 182125, Columbus, OH 43218-2125 |
| 5579689 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 11 2024 19:02:23 | ChaseCard Services, PO Box 15298, Wilmington, DE 19850 |
| 5583747 | + | Email/Text: RASEBN@raslg.com | Mar 11 2024 18:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5587687 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5592106 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2024 18:54:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5579695 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 11 2024 18:54:00 | PNC Financial Services, 300 Fifth Ave., |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Pittsburgh, PA 15222 |
| 5592709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:15 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5591283 | | Email/Text: bnc-quantum@quantum3group.com | Mar 11 2024 18:55:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5579696 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:20 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5592707 | | Email/PDF: ebn_ais@aisinfo.com | Mar 11 2024 19:02:22 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor PNC Bank National Association mfarrington@kmllawgroup.com |
| Richard D Koch | on behalf of Debtor 1 Diane M Clapper kochlegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Diane M Clapper, | Chapter | 13 |
| --- | --- | --- |
| **Debtor 1** | Case No. | 1:23−bk−02651−HWV |

## Notice

The hearing on confirmation of the Amended Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**March 20, 2024** is the deadline for filing objections to confirmation of the Amended Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 3, 2024 Time: 09:30 AM |
| --- | --- |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)