Certificate Number: 13858-PAM-DE-040076586

Bankruptcy Case Number: 23-02651



13858-PAM-DE-040076586

# C<sub>ERTIFICATE</sub> O<sub>F</sub> D<sub>EBTOR</sub> E<sub>DUCATION</sub>

I CERTIFY that on <u>September 10, 2025</u>, at <u>8:28</u> o'clock <u>PM EDT</u>, <u>Diane M Clapper</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 10, 2025</u>          By: <u>/s/Haylee Carter</u>

                                        Name: <u>Haylee Carter</u>

                                        Title: <u>Counselor</u>