United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Diane M Clapper  
    Debtor

Case No. 23-02651-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 14, 2025      Form ID: 3180W      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane M Clapper, PO Box 491, Camp Hill, PA 17001-0491 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |
| 5579694 | | PNC Bank, PO Box 1820, Gary, IN 46401 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2025 19:17:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 5580230 | + | EDI: AISACG.COM | Oct 14 2025 23:13:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5592004 | + | EDI: AISACG.COM | Oct 14 2025 23:13:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5579686 | + | EDI: GMACFS.COM | Oct 14 2025 23:13:00 | Ally Financial, 500 Woodard Ave., Detroit, MI 48226-3416 |
| 5579687 | + | EDI: TSYS2 | Oct 14 2025 23:13:00 | Barclays Bank Delaware, 125 South West St., Wilmington, DE 19801-5014 |
| 5579688 | + | EDI: CAPITALONE.COM | Oct 14 2025 23:13:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5579689 | + | EDI: JPMORGANCHASE | Oct 14 2025 23:13:00 | ChaseCard Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 5579690 | + | EDI: CITICORP | Oct 14 2025 23:13:00 | Citicorp Credit Services, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5579691 | + | EDI: CITICORP | Oct 14 2025 23:13:00 | Citicorp Credit Services for Home Depot, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5579692 | + | EDI: WFNNB.COM | Oct 14 2025 23:13:00 | Comenity Bank for Boscov, PO Box 182125, Columbus, OH 43218-2125 |
| 5579693 | + | EDI: WFNNB.COM | Oct 14 2025 23:13:00 | Comenity Bank for Ulta, PO Box 182125, Columbus, OH 43218-2125 |
| 5583747 | + | Email/Text: RASEBN@raslg.com | Oct 14 2025 19:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5587687 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2025 19:17:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5592106 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2025 19:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5619449 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 14 2025 19:17:00 | PNC Bank, N.A., ATTN: BANKRUPTCY, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5579695 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 14 2025 19:17:00 | PNC Financial Services, 300 Fifth Ave., Pittsburgh, PA 15222 |
| 5592709 | EDI: PRA.COM | Oct 14 2025 23:13:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5591283 | EDI: Q3G.COM | Oct 14 2025 23:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5579696 + | EDI: SYNC | Oct 14 2025 23:13:00 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 5592707 | EDI: AIS.COM | Oct 14 2025 23:13:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor PNC Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Richard D Koch | on behalf of Debtor 1 Diane M Clapper kochlegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Diane M Clapper**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx−xx−5042<br>EIN  __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __−_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:23−bk−02651−HWV | | |

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Diane M Clapper

10/14/25

**By the court:**  *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**